# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GLOBAL POWER EQUIPMENT GROUP, INC., et al., | Case No. 06-11045 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: November 17, 2006 at 10:30 a.m.** |
| | **Objection Deadline: November 14, 2006 at 4:00 p.m.** |

## NOTICE OF APPLICATION

TO: The United States Trustee for the District of Delaware; Counsel to the Debtors; and all parties requesting notice under Bankruptcy Rule 2002.

The Official Committee of Unsecured Creditors of the above-captioned debtors and debtors-in-possession have filed the attached **Application for Order Under Fed. R. Bankr. P. 2014 and 11 U.S.C. §§ 328(a) and 1103(a) Authorizing *Nunc Pro Tunc* to October 10, 2006, the Employment, Retention and Compensation of Chanin Capital Partners as Financial Advisors to the Unsecured Creditors' Committee** (the "Application").

Objections, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 14, 2006 at 4:00 p.m.**

At the same time, you must also serve a copy of the objection upon the undersigned so as to be **received no later than 4:00 p.m. on November 14, 2006.**

A HEARING, IF NECESSARY, ON THE APPLICATION WILL BE HELD ON **NOVEMBER 17, 2006 AT 10:30 A.M.** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
October 30, 2006

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Jeffrey S. Sabin
David M. Hillman
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2290
Facsimile: (212) 593-5955

Proposed Counsel to the Official Committee of Unsecured Creditors