# EXHIBIT C

# ORDER

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
In re                                                           :
                                                                :   Chapter 11
GLOBAL POWER EQUIPMENT GROUP                                    :
INC., et al.                                                    :
                                                                :   Cases No. 06-11045 (BLS)
                                    Committee.                  :   (Jointly Administered)
----------------------------------------------------------------x

## ORDER UNDER 11 U.S.C. §§ 328(a) AND 1103(a) AUTHORIZING <u>NUNC PRO TUNC</u> TO OCTOBER 10, 2006, THE EMPLOYMENT, RETENTION AND COMPENSATION OF CHANIN CAPITAL PARTNERS AS FINANCIAL ADVISORS TO THE UNSECURED CREDITORS' COMMITTEE

Upon consideration of the application of the Official Committee of Unsecured Creditors (the "Committee"), dated October 30, 2006 (the "Application"), for an order under 11 U.S.C. §§ 328(a) and 1103(a) authorizing the employment, retention and compensation of Chanin Capital Partners ("Chanin") as financial advisors to the Committee; and upon the supporting declaration of Brent Williams, dated October 30, 2006, attached to the Application as Exhibit B (the "Williams Declaration"); and the Court finding that (a) the Court has jurisdiction to consider and determine the Application and the relief requested in accordance with 28 U.S.C. §§ 157 and 1334; (b) consideration of the Application and the relief requested there are core proceedings pursuant to 28 U.S.C. § 157(b); (c) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and (d) due and proper notice of the Application was provided to the parties entitled to receive notice, and such notice was sufficient under the circumstances and that no other or further notice need be provided; and the Court being satisfied, based on the representations made in the Application and Williams Declaration, that Chanin represents or holds no interest adverse to the Committee, their estates, the Committee, or its members as to the

10257167.1

matters upon which it is to be engaged and is disinterested under section 101(14) of the title 11 of the United States Code, (the "Bankruptcy Code"); and the Court having reviewed the Application and the Williams Declaration; and the Court having determined that the relief requested in the Application is in the best interest of the Committee, their estates and creditors; and upon the proceedings had before the Court; and good and sufficient cause appearing therefor; it is:

HEREBY ORDERED THAT:

1. The Application be, and hereby is, GRANTED.

2. Pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, the Committee is authorized to employ, retain and compensate Chanin, effective as of October 10, 2006, as the Committee's financial advisors, on the terms and set forth in the Application, the Williams Declaration, and the engagement letter, dated October 10, 2006, in the form attached to the Application as Exhibit A (the "Engagement Letter").

3. Chanin shall be compensated in accordance with the standards set forth in sections 328(a) and 330(a) of the Bankruptcy Code and shall file applications in compliance with the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, local rules of this Court, [guidelines established by the Office of the United States Trustee for this District,] and such other procedures as may be fixed by order of this Court.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated:  Wilmington, Delaware
         November ___, 2006

_____
UNITED STATES BANKRUPTCY JUDGE