# EXHIBIT D

EXHIBIT "D"

FINANCIAL PROJECTIONS & ASSUMPTIONS

A.   Introduction.

As a condition to confirmation of a plan of reorganization, the Bankruptcy Code requires, among other things, that the Bankruptcy Court determine that confirmation is not likely to be followed by the liquidation or the need for further financial reorganization of the debtor. In connection with the development of the Plan, and for purposes of determining whether the Plan satisfies this feasibility standard, the Debtors' management analyzed the ability of New GPEG to meet their obligations under the Plan with sufficient liquidity and capital resources to conduct their businesses. As a consequence, the Debtors' management developed and prepared the following Projections of New GPEG's operating profit, cash flow and certain other items for the fiscal years 2007 through 2011 (the "Projection Period").

**THE DEBTORS DO NOT, AS A MATTER OF COURSE, PUBLISH THEIR BUSINESS PLANS, BUDGETS OR STRATEGIES OR MAKE EXTERNAL PROJECTIONS OR FORECASTS OF THEIR ANTICIPATED FINANCIAL POSITIONS OR RESULTS OF OPERATIONS. ACCORDINGLY, THE DEBTORS (INCLUDING NEW GPEG) DO NOT ANTICIPATE THAT THEY WILL, AND DISCLAIM ANY OBLIGATION TO, FURNISH UPDATED BUSINESS PLANS, BUDGETS OR PROJECTIONS TO HOLDERS OF CLAIMS OR INTERESTS PRIOR TO THE EFFECTIVE DATE OR TO STOCKHOLDERS AFTER THE EFFECTIVE DATE OR TO INCLUDE SUCH INFORMATION IN DOCUMENTS REQUIRED TO BE FILED WITH THE SEC OR ANY STOCK EXCHANGE OR OTHERWISE MAKE SUCH INFORMATION PUBLICLY AVAILABLE.**

B.   Projections.

The Projections should be read in conjunction with the assumptions, qualifications and explanations set forth herein and the sections entitled "Debtors' Future Plans for Continuing Business Groups" and "Risk Factors" as well as the Consolidated Financial Statements (including the notes and schedules thereto) included in this Disclosure Statement.

The projected financial statements of New GPEG set forth below have been prepared based on the assumption that the Effective Date will be December 31, 2007. Although the Debtors are seeking to cause the Effective Date to occur as soon as practicable, there can be no assurance as to when or if the Effective Date will actually occur.

New GPEG's Projected Consolidated Balance Sheet as of December 31, 2007 (the "Pro Forma Balance Sheet") set forth below presents the projected consolidated financial position of New GPEG immediately after confirmation of the Plan and the consummation of the transactions contemplated by the Plan (collectively, the "Balance Sheet Adjustments"). The Balance Sheet Adjustments include various estimated "Exit Costs," "Financing," and other adjustments which reflect the assumed effects of confirmation and the consummation of the transactions

contemplated by the Plan, including the settlement of various liabilities and related securities issuances, cash payments and borrowings.

New GPEG's Projected Consolidated Statements of Operations set forth below present the projected consolidated results of operations of the Debtors for 2007 and New GPEG for 2008 through 2011.

New GPEG's Projected Consolidated Balance Sheets set forth below present the projected consolidated financial position of New GPEG including the contemplated new capital structure of New GPEG, giving effect to confirmation and consummation of the transactions contemplated by the Plan, as of the end of each year from 2007 to 2011.

New GPEG's Projected Consolidated Statements of Cash Flows set forth below present the projected consolidated cash flows of New GPEG from 2008 through 2011.

### New GPEG Projected Consolidated Statement of Operations
(Unaudited)

| ($ in thousands) | \multicolumn{5}{c}{Fiscal Year Ending December 31,} | | | | |
|---|---|---|---|---|---|
|  | 2007 | 2008 | 2009 | 2010 | 2011 |
| Net Revenue | $ 386,737 | $ 396,843 | $ 366,296 | $ 383,961 | $ 410,879 |
| Cost of Goods Sold | 320,664 | 332,403 | 312,884 | 327,916 | 349,728 |
| Total Gross Profit | 66,072 | 64,440 | 53,411 | 56,044 | 61,151 |
| Total Operating Expense | 41,035 | 35,411 | 34,393 | 35,391 | 36,672 |
| Operating Profit (Loss) | 25,037 | 29,029 | 19,018 | 20,654 | 24,479 |
| Restructuring Fees | 25,219 | 853 | - | - | - |
| Amortization of Financing Fees | 2,940 | 910 | 910 | 910 | 910 |
| Discontinued Operations | 236 | - | - | - | - |
| Net Interest Expense | 5,976 | 11,755 | 11,039 | 10,712 | 10,292 |
| Income (Loss) Before Taxes | (9,333) | 15,511 | 7,069 | 9,031 | 13,277 |
| Income Tax Provision | 1,144 | 1,900 | 1,655 | 1,716 | 1,892 |
| Net Income (Loss) | $ (10,476) | $ 13,611 | $ 5,414 | $ 7,315 | $ 11,384 |
| EBITDA[1] | $ 30,063 | $ 33,096 | $ 23,117 | $ 24,776 | $ 28,570 |

Please read in conjunction with associated notes.

---

[1] Includes addbacks for restructuring expenses and stock based compensation. Excludes discontinued operations.

## New GPEG Projected Consolidated Balance Sheets
(Unaudited)

| ($ in thousands) | As of December 31, | | | | |
|---|---|---|---|---|---|
| | 2007PF | 2008 | 2009 | 2010 | 2011 |
| **Assets:** | | | | | |
| Cash & Cash Equivalents | $ 25,674 | $ 40,461 | $ 56,730 | $ 65,409 | $ 79,545 |
| Restricted cash | 3,001 | - | - | - | - |
| Accounts Receivable - Net of Reserve | 47,116 | 41,713 | 35,354 | 37,067 | 39,553 |
| Other Receivables | 1,109 | 1,109 | 1,109 | 1,109 | 1,109 |
| Inventory | 7,672 | 8,014 | 8,028 | 8,470 | 8,847 |
| Cost in Excess of Billings | 54,045 | 49,388 | 46,235 | 49,185 | 51,826 |
| Other Current Assets | 2,552 | 2,245 | 2,245 | 2,245 | 2,245 |
| Total Current Assets | 141,169 | 142,931 | 149,701 | 163,484 | 183,125 |
| Net Property, Plant and Equipment | 12,489 | 12,111 | 11,630 | 11,016 | 10,669 |
| Net Intangible Assets | 101,314 | 99,554 | 97,794 | 96,034 | 94,274 |
| Net Debt Issuance Costs | 4,800 | 3,890 | 2,980 | 2,070 | 1,160 |
| Other Assets | 465 | 465 | 465 | 465 | 465 |
| Total Assets | $ 260,237 | $ 258,951 | $ 262,570 | $ 273,070 | $ 289,693 |
| **Liabilities / Stockholders' Equity:** | | | | | |
| Accounts Payable | $ 23,235 | $ 19,971 | $ 19,415 | $ 20,622 | $ 25,234 |
| Accrued Compensation & Benefits | 9,062 | 7,970 | 9,612 | 10,771 | 10,988 |
| Accrued Warranties | 3,278 | 3,381 | 3,100 | 3,061 | 3,354 |
| Billings in Excess of Costs | 24,644 | 18,714 | 16,612 | 17,969 | 18,587 |
| Other Accrued Liabilities | 9,305 | 5,057 | 5,057 | 5,057 | 5,057 |
| Accrued Income Tax | 833 | 869 | 869 | 869 | 869 |
| Total Current Liabilities | 70,357 | 55,960 | 54,665 | 58,349 | 64,089 |
| New Revolver | - | - | - | - | - |
| New Term Loan | 50,000 | 49,500 | 49,000 | 48,500 | 48,000 |
| New Senior Notes | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Total Debt | 100,000 | 99,500 | 99,000 | 98,500 | 98,000 |
| Other Long-Term Liabilities | 75 | 75 | 75 | 75 | 75 |
| Total Liabilities | 170,432 | 155,535 | 153,740 | 156,924 | 162,164 |
| Total Stockholders' Equity | 89,805 | 103,416 | 108,830 | 116,145 | 127,530 |
| Total Liabilities / Stockholders' Equity | $ 260,237 | $ 258,951 | $ 262,570 | $ 273,070 | $ 289,693 |

Please read in conjunction with associated notes.

## New GPEG Projected Consolidated Statements of Cash Flows
(Unaudited)

| ($ in thousands) | Fiscal Year Ending December 31, | | | |
|---|---|---|---|---|
| | 2008 | 2009 | 2010 | 2011 |
| **Operating activities:** | | | | |
| Net income (loss) | $ 13,611 | $ 5,414 | $ 7,315 | $ 11,384 |
| Adjustments to reconcile net income to net cash provided by (used in) operating activities: | | | | |
| Depreciation and amortization | 4,830 | 4,976 | 4,998 | 4,968 |
| Changes in operating items | | | | |
| (Increase) / Decrease in Current Assets | 10,024 | 9,499 | (5,105) | (5,504) |
| (Decrease) / Increase in Current Liabilities | (14,397) | (1,296) | 3,684 | 5,740 |
| Net cash provided by (used in) operating activities | 14,068 | 18,594 | 10,893 | 16,587 |
| **Investing activities:** | | | | |
| Net transfers of restricted cash | 3,001 | - | - | - |
| Purchases of property, plant and equipment | (1,782) | (1,824) | (1,714) | (1,951) |
| Net cash provided by (used in) investing activities | 1,219 | (1,824) | (1,714) | (1,951) |
| **Financing activities:** | | | | |
| (Reduction) / Proceeds in long-term debt | (500) | (500) | (500) | (500) |
| Net cash provided by (used in) financing activities | (500) | (500) | (500) | (500) |
| Net change in cash and cash equivalents | $ 14,787 | $ 16,269 | $ 8,678 | $ 14,137 |
| Cash and cash equivalents, beginning of period | $ 25,674 | $ 40,461 | $ 56,730 | $ 65,409 |
| Net change in cash and cash equivalents | 14,787 | 16,269 | 8,678 | 14,137 |
| Cash and cash equivalents, end of period | $ 40,461 | $ 56,730 | $ 65,409 | $ 79,545 |

Please read in conjunction with associated notes.

## Cash Sources and Uses at Emergence
(Unaudited)

($ in thousands)

| Sources | | | Uses | |
|---|---:|---|---|---:|
| New Term Debt | $ | 50,000 | Super-Priority DIP (Including LCs) | $22,026 |
| New Senior Notes | | 50,000 | Secured Claims | 41 |
| DPEC Proceeds | | 15,495 [1] | Advisory Fees | 7,169 |
| Cash Used From Balance Sheet | | 2,077 [2] | Other Administrative Claims | 891 |
| Rights Offering Proceeds | | 61,741 [3] | Priority Claims | 1,156 |
| | | | Air Liquide and Liberty Lease Guarantee Reserve | 6,283 |
| | | | GPEG Corporate Unsecured Claims | 4,500 |
| | | | Williams Unsecured Claims | 468 |
| | | | Braden Unsecured Claims | 4,167 |
| | | | Repayment of Note to Braden Europe | 5,136 [2] |
| | | | Noteholder Settlement | 86,000 |
| | | | Noteholder Professional Fees | 750 |
| | | | Deltak Unsecured Claims Settlement | 34,000 |
| | | | Exit Financing and DIP Extension Fees | 6,725 |
| Total Sources | $ | 179,312 | Total Uses | $ 179,312 |

**Pro Forma North America Cash**
| | | |
|---|---:|---|
| Ending 2007 North America Cash | $ | 19,077 |
| Cash Used From Balance Sheet | | (2,077) [2] |
| Pro Forma North America Cash | | $17,000 |

**Pro Forma Consolidated Cash**
| | | |
|---|---:|---|
| Ending 2007 Consolidated Cash | $ | 22,615 [4] |
| Cash Retained for Operations | | 3,059 [2] |
| Pro Forma Ending Consolidated Cash | $ | 25,674 |

Please read in conjunction with associated notes.

---

[1] The Debtors received proceeds from the sale of Global Power Asia, which owns a 90% interest in the DPEC joint venture in Nanjing, China, in October 2007.

[2] At emergence, the Debtors will repay approximately $5 million of intercompany debt to Braden Europe. Although this does not represent a use of cash on a consolidated basis, it will be a use of North American cash.

[3] Estimated amount of cash proceeds. The Rights Offering may be materially larger or smaller based on New GPEG's cash requirements at the time of emergence.

[4] Does not include approximately $2.0 million of cash on the balance sheet at DPEC.

## Pro Forma Balance Sheet Adjustments
### (Unaudited)

($ in thousands)

| | Projected 12/31/07 | Exit Financing | Rights Offering | Sale of DPEC[1] | HRSG Elimination | Emergence Adjustments | Pro Forma 12/31/07 |
|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | |
| Cash & Cash Equivalents | $ 24,614 | $ 75,200 | $ 61,741 [2] | $ 13,496 [3] | $ - | $ (149,376) [4] | $ 25,674 |
| Restricted cash (Escrow) | 3,001 | - | - | - | - | - | 3,001 |
| Accounts Receivable - Net of Reserve | 67,603 | - | - | (4,182) | (16,306) | - | 47,116 |
| Other Receivables | 4,296 | - | - | (985) | (2,202) | - | 1,109 |
| Inventory | 12,309 | - | - | (4,637) | - | - | 7,672 |
| Cost in Excess of Billings | 86,271 | - | - | (999) | (31,227) | - | 54,045 |
| Other Current Assets | 2,561 | - | - | (9) | - | - | 2,552 |
| Total Current Assets | 200,656 | 75,200 | 61,741 | 2,684 | (49,735) | (149,376) | 141,169 |
| | | | | | | | |
| Net Property, Plant and Equipment | 19,917 | - | - | (7,428) | - | - | 12,489 |
| Net Intangible Assets | 106,192 | - | - | (4,878) | - | - | 101,314 |
| Net Debt Issuance Costs | (0) | 4,800 [5] | - | - | - | - | 4,800 |
| Other Assets | 473 | - | - | (8) | - | - | 465 |
| Total Assets | $ 327,237 | $ 80,000 | $ 61,741 | $ (9,630) | $ (49,735) | $ (149,376) | $ 260,237 |
| | | | | | | | |
| **Liabilities / Stockholders' Equity:** | | | | | | | |
| Current Portion of Long-Term Debt | $ 20,000 | $ (20,000) | $ - | $ - | $ - | $ - | $ - |
| Accounts Payable | 27,923 | - | - | (4,681) | (7) | - | 23,235 |
| Accrued Compensation & Benefits | 9,171 | - | - | - | (109) | - | 9,062 |
| Accrued Warranties | 3,355 | - | - | (77) | - | - | 3,278 |
| Billings in Excess of Costs | 26,401 | - | - | (1,757) | - | - | 24,644 |
| Other Accrued Liabilities | 15,231 | - | - | (2,926) | - | (3,000) [6] | 9,305 |
| Accrued Income Tax | 833 | - | - | - | - | - | 833 |
| Total Current Liabilities | 102,914 | (20,000) | - | (9,441) | (116) | (3,000) | 70,357 |
| | | | | | | | |
| New Revolver | - | - | - | - | - | - | - |
| New Term Loan | - | 50,000 | - | - | - | - | 50,000 |
| New Senior Notes | - | 50,000 | - | - | - | - | 50,000 |
| Total Exit Financing Debt | - | 100,000 | - | - | - | - | 100,000 |
| | | | | | | | |
| Other Long-Term Liabilities | 5,230 | - | - | (5,155) | - | - | 75 |
| Total Liabilities not Subject to Compromise | 108,144 | 80,000 | - | (14,596) | (116) | (3,000) | 170,432 |
| | | | | | | | |
| Liabilities Subject to Compromise | 179,074 | - | - | - | (87,232) | (91,842) | - |
| | | | | | | | |
| Total Stockholders' Equity[7] | 40,019 | - | 61,741 | 4,966 | 37,613 | (54,534) | 89,805 |
| | | | | | | | |
| Total Liabilities / Stockholders' Equity | $ 327,237 | $ 80,000 | $ 61,741 | $ (9,630) | $ (49,735) | $ (149,376) | $ 260,237 |

Please read in conjunction with associated notes.

---

[1] Actual transaction realized in October 2007. For purposes of the Projections, transaction has been assumed to occur upon the Effective Date.

[2] Estimated amount of cash proceeds. The Rights Offering may be materially larger or smaller based on New GPEG's cash requirements at the time of emergence.

[3] Represents approximately $15.5 million proceeds, net of approximately $2.0 million of cash on the balance sheet at DPEC.

[4] Represents $179.3 million of total North America uses of cash, net of $5.1 million transfer to Braden Europe as well as $4.8 million debt issuance costs and $20.0 million repayment of DIP facility accounted for under the "Exit Financing" column.

[5] Fees are estimated to be 3% of total exit facility commitments, including the $10 million undrawn revolving credit facility and the $50 million letter of credit facility.

[6] Represents estimated payment of accrued professional fees at emergence.

[7] Extraordinary gains / losses from emergence transaction are reflected as an adjustment to Total Stockholders' Equity.

C.   **Accounting Policies.**

The Projections have been prepared using accounting policies that are consistent with those applied in the Debtors' historical financial statements.

The Debtors do not believe, at this point, they will qualify for treatment under fresh start accounting principles outlined in SOP 90-7. The Projections include assumptions to various financial accounts of the Company that are based upon management estimates and market conditions. The more material of these accounts and the underlying assumptions are provided below, including the events that will ultimately provide for the final amounts of such accounts at the Effective Date:

- Assets and liabilities are included in the Projections at historical values and have been adjusted as detailed by the Balance Sheet Adjustments.

- Deferred taxes are included in the Projections at historical values. The ultimate value of the deferred tax liability will be calculated based upon the amount of reorganized value allocated to certain asset classes and the impact of the bankruptcy on the tax attributes of GPEG. In addition, for the Projection Period, cash taxes are assumed to equal tax expense.

D.   **Summary of Significant Assumptions.**

The Debtors, with the assistance of various professionals, prepared the Projections for the five years ending December 31, 2007, 2008, 2009, 2010 and 2011. The Projections reflect numerous assumptions, including various assumptions regarding the anticipated future performance of New GPEG, industry performance, general business and economic conditions and other matters, most of which are beyond the control of the Company. Therefore, although the Projections are necessarily presented with numerical specificity, the actual results achieved during the Projection Period will vary from the projected results. These variations may be material. Although GPEG believes that the assumptions underlying the Projections, when considered on an overall basis, are reasonable in light of current circumstances, no representation can be or is being made with respect to the accuracy of the Projections or the ability of GPEG or New GPEG to achieve the projected results of operations. In deciding whether to vote to accept or reject the Plan, claimants must make their own determinations as to the reasonableness of such assumptions and the reliability of the Projections. See "Risk Factors."

The Projections are based on, and assume the successful implementation of GPEG's strategic initiatives and restructuring. In connection with the operational restructuring process, the Projections contemplate the divestiture of non-core businesses and underperforming assets. The associated revenue, costs, working capital and other assets and liabilities are excluded from the consolidated results at the time such divestitures are assumed to occur. The sale of Global Power Asia, which owns a 90 percent interest in the DPEC joint venture in Nanjing, China, was completed in October 2007. Proceeds from the transaction will be used to support the Debtors' exit from chapter 11 and provide additional working capital.

Additional information relating to the principal assumptions used in preparing the Projections is set forth below:

*General Market Conditions*

The Projections take into account the current market environment in which the Company competes. The Projections do not project potential regulatory and market decisions that may be made in the Projection Period that could materially impact the Company's operating capabilities. The Company competes in the energy infrastructure market on a global basis and in the power plant service industry in North America. The Company's performance is affected by market dynamics beyond its control from a geographic, regulatory, energy resource and market basis. Any changes in government policy or regulations on a country by country basis can materially affect the performance of New GPEG. Availability and the price of material resources used to support the production of the Company's product offerings will impact profitability. Economic growth or slowdowns on a global or regional basis may impact New GPEG's sales volume. Further, changes in energy resources, the development of alternative fuels and other dynamics that alter the energy production marketplace will impact performance.

*Methodology*

The Projections were prepared on a "bottoms-up" basis for each of New GPEG's underlying businesses including the Williams Group, the Braden Group, the Deltak Group and GPEG even though presented herein on a consolidated basis. The projected consolidated statements of operations, the consolidated statements of financial position and the consolidated statements of cash flows herein reflect the assumptions applied to the individual operating groups presented on a consolidated basis. The key operating assumptions with respect to the underlying businesses contributing to the projected consolidated information included herein are discussed below.

*The Williams Group*

General. The Williams Group will continue to operate its businesses and pursue new markets with which to provide its services. Its businesses have not been subject to significant restructuring as a result of the chapter 11 filings.

Revenues. Williams Group revenues are projected to grow from a base of $175.5 million in 2007 to $187.1 million in 2011. Revenue growth will be driven by overall growth in the markets the Williams Group services estimated at 3.5% per year and its ability to secure new business from new customers once the Debtors emerge from chapter 11 and have less restrictive access to bonding. The Projections assume a decline in revenues in 2008 as a result of cyclical factors related to its nuclear outage business and a lower backlog of new business going into 2008 reflecting the adverse impact caused by the restrictive bonding environment and customer reaction to the Company while in chapter 11.

Gross Margins. The Projections reflect improved gross margins resulting from a return to a more normal mix of recurring maintenance project revenues and higher margin lump

sum project revenues, the latter of which is expected to grow once the Company emerges from chapter 11 and has access to less restrictive bonding.

Operating Expenses. Operating expenses are expected to remain relatively constant as many of the operating expenses are fixed.

*The Braden Group*

General. The Projections assume that the Braden Group will continue to operate its businesses under its current operating structure. It has not been subjected to a significant restructuring as a result of the chapter 11.

Revenues. The Projections assume that revenues will ultimately decline from a projected level of $156.7 million in 2007 to $151.8 million in 2011 after reaching $167.8 million in 2008. The Braden Group is experiencing a very strong year in 2007 as a result of the significant and accelerated investment occurring in the Middle East with orders from Original Equipment Manufacturers ("OEMs") having short cycle times and including multiple units. The Projections assume revenues will remain robust in 2008 as the Middle East market remains strong but decline from 2008 levels in 2009 and beyond from three contributing factors: (i) an overall projected decline in Middle East investment beginning in late 2008, (ii) a shift in the sourcing of auxiliary equipment of Middle East power plant builders from OEM providers to Engineering Procurement Contractors ("EPCs") who typically source products built by Braden to lower quality and lower cost providers and, (iii) countering these two trends, an increase in investment in the North American market but with lower participation by Braden as its product offerings are not as well positioned for the North American market.

Gross Margins. The Projections assume that Gross Margins will decrease from 2007 to 2011 principally as a result from increased sales to EPCs as opposed to OEMs. EPCs tend to favor lower quality products at lower costs, impacting the Braden Group's gross margin. Gross margin also declines during the Projection Period due to additional competition and shifts in product mix as the demand shifts from the Middle East to North America beginning in 2009 where the Braden Group's product offerings are not as well positioned for the North American market.

Operating Expenses. Operating expenses are expected to remain relatively constant as many of the operating expenses are fixed.

*The Deltak Group*

General. The Deltak Group has undergone the most material change in its business structure and strategy during the Chapter 11 Cases. With the wind down of the large HRSG product offering and its related operations and the related sale of GPEG's 90% interest in the DPEC joint venture, the only remaining business relates to the Specialty Boiler business. These Projections assume that the Specialty Boiler business continues to operate in the ordinary course with the operating costs reflecting the substantial reduction that occurred during the chapter 11 associated with the exiting of the HRSG business.

Revenues. The Projections assume that revenues will initially grow from $54.6 million in 2007 to $59.8 million in 2008 due to continued growth in the Canadian Oil and Gas markets where Specialty Boiler has strong customer relationships with key manufacturers in the oil sands production marketplace. The Projections assume a reduction in revenues to $51.5 million in 2009 as the oil and gas market is expected to slow down, followed by an increase to $71.9 million by 2011 as the Company reenters the medium-sized HRSG products for the co-generation and power markets where the product offerings are similar to the specialty boilers already manufactured by Specialty Boiler.

Gross Margins. The Projections assume that gross margins will decrease from 2007 to 2008 but remain flat thereafter as the Deltak Group's current year performance has benefited from tight timeline demand orders from customers and engineering only work. The Projections forecast 2008 through 2011 gross margin rates at historical performance levels.

Operating Expenses. The Projections assume that operating expenses will increase from $5.3 million in 2007 to $6.6 million in 2011 as the Deltak Group invests in additional resources to reenter the medium-size HRSG market in 2008 and beyond.

*Corporate and Other SG&A Expenses*

The Projections assume that New GPEG corporate operating expenses, excluding chapter 11 restructuring costs, will decrease. Corporate wide SG&A costs for 2007 through 2011 are expected to decline within a range of $1.5 million to $4.5 million as a result of New GPEG becoming a private company, resulting in lower D&O insurance, public audit fees and other costs associated with being a public company. Additionally, the Company is considering a number of other corporate-wide cost-reducing initiatives related to accounting and finance, legal, certain public company costs, outside services, and various other SG&A costs. The restructuring costs associated with these initiatives will vary depending upon the specific actions implemented but have been estimated at $1.5 million.

*Interest Expense*

The Projections reflect expenses incurred related to borrowings under the debtor-in-possession facility and the terms of the Exit Facility as provided under the Plan. The Exit Facility is generally expected to possess the following terms: (a) a $10.0 million revolving credit facility, (b) a $50.0 million term loan, (c) a $50.0 million letter of credit facility, and (d) $50.0 million in senior notes. The revolving credit facility and term loan are expected to possess a maturity of 5 years and an interest rate of LIBOR + 4.0%. The letter of credit facility is expected to have an interest rate of 4.0% for issued letters of credit and an unused line fee of 0.5%. The New Senior Notes are expected to have a maturity of 6 years and a coupon of 12.5%.

*Income Taxes*

The Projections assume tax expense is equal to cash taxes. The Debtors expect to utilize federal NOLs, subject to statutory limitations, and other tax attributes to offset a significant amount of the Debtors' anticipated federal taxable income during the Projection

Period. The utilization of federal NOLs will significantly reduce the Debtors' cash burden with respect to the payment of income taxes.

*Capital Expenditures*

The Company does not require significant capital expenditure costs, and most costs included relate to the maintenance of plant operations or IT systems. The Projections estimate capital expenditures to range from $1.7 million to $2.0 million per year.

*Reorganization Costs*

Upon the Effective Date of the Plan the Debtors will incur costs related to the reorganization of its capital structure. The Debtors expect to incur costs of $4.2 million related to success fees as well as pay approximately $3.0 million of accrued but unpaid monthly fees for its and the committees' professional advisors. Additionally, the Debtors will incur costs related to the new financing that will be in place upon the Effective Date. These financing costs will be amortized by New GPEG over the life of the loans.

*Capital Structure*

The Debtors' capital structure is assumed to be as follows:

(a) New Credit Facility: On or after the Effective Date, New GPEG and certain of the Subsidiary Debtors will enter into the New Credit Facility, which is generally expected to consist of: (a) a $10.0 million revolving credit facility, (b) a $50.0 million term loan, and (c) a $50.0 million letter of credit facility. New GPEG will use the New Credit Facility to repay DIP facility claims, to make other payments required under the Plan and to fund the post-reorganization operations of New GPEG.

(b) New Senior Notes: Pursuant to the Plan, New GPEG anticipates issuing $50.0 million of new senior unsecured notes. The proceeds shall be available for use by New GPEG and its subsidiaries to make Plan Distributions to the holders of certain Allowed Claims against the Debtors and to satisfy general working capital requirements of New GPEG and its direct and indirect subsidiaries on and after the Effective Date. The New Senior Notes are generally expected to have a maturity of 6 years and a coupon of 12.5%.

(c) New Common Stock: For purposes of the Projections, value has been ascribed to the common equity of New GPEG. Proceeds from the Rights Offering will be incremental to any value ultimately ascribed to common equity.

*Working Capital*

Trade receivables, costs in excess, accounts payable and billings in excess levels are projected according to historical relationships with respect to purchase and sales volumes.

*Fresh-Start Reporting*

The American Institute of Certified Public Accountants has issued a Statement of Position on Financial Reporting by Entities in Reorganization Under the Bankruptcy Code (the "Reorganization SOP"). Because the equity holders immediately prior to emergence are expected to retain greater than 50% ownership of New GPEG, the Debtors' management believes that New GPEG is not likely to qualify for fresh-start reporting and have therefore not applied fresh-start adjustments to the Projections. Although the final determination of fresh-start reporting status cannot be made until the Rights Offering has been completed, the Debtors' management does not believe that a change in fresh-start status would have any impact on the business performance or tax status of New GPEG.