IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL POWER EQUIPMENT GROUP INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 06-11045 (BLS)<br><br>Jointly Administered<br><br>Re: Docket Nos. 2402, 2414, 2416, 2417, 2419, 2422, 2424, 2427, 2428, 2431, 2433, 2434, 2435 & 2436 |

## OMNIBUS ORDER GRANTING
## FINAL FEE APPLICATIONS

Upon consideration of the fee applications (the "Applications") for allowance of fees for professional services and disbursements incurred in these cases by the professionals identified on the attached Exhibit A (the "Applicants"); and it appearing that the Court has jurisdiction to consider the Applications; and this Court having determined that proper and adequate notice of the Applications has been given and that no other or further notice is required; and considering any responses to the Applications; and it further appearing that the compensation requested in the Applications is reasonable and necessary as allowed below; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

ORDERED, that the fees and expenses of the Applicants are allowed on a final basis in the amounts set forth on Exhibit A attached hereto; and it is further

ORDERED, that the incentive compensation, success fee, and fee enhancement requests are granted as set forth on Exhibit A attached hereto; and it is further

ORDERED, that the hearing on the request made by Chanin Capital Partners LLC for a fee enhancement in the amount of $500,000 is continued to the omnibus hearing scheduled on May 22, 2008 at 2:00 p.m.; and it is further

ORDERED, that the hearing on the request made by White & Case LLP for a fee enhancement award in the amount of $519,226.50 is continued to the omnibus hearing scheduled on May 22, 2008 at 2:00 p.m.; and it is further

ORDERED, that the above-captioned debtors or the Disbursing Agent (as defined in the Plan), as applicable, are hereby authorized and directed to pay the respective unpaid portions of such allowed amounts to the Applicants; and it is further

ORDERED, that the Disbursing Agent or Reorganized Global Power Equipment Group Inc., as applicable, upon submission of written invoice for payment of professional fees and expenses of the Official Committee of Unsecured Creditors or the Official Committee of Equity Security Holders (each, a "Committee" and together, the "Committees"), shall reimburse such Committee professionals for outstanding fees and expenses for services provided in connection with, as and to the extent applicable to such Committee, SNC's appeal of the Order confirming Plan, the SNC Claims Appeal, the preparation and resolution of the Applications, and such other matters for which such Committee was permitted to remain in effect and participate, unless the Disbursing Agent or Reorganized Global Power Equipment Group Inc. objects to such fees and expenses within ten days of the receipt of any such invoice; provided further, any dispute over such professional fees or expenses shall be resolved by this Court; provided further that none of the professional fees and expenses contemplated to be paid hereunder shall be subject to the prior approval of this Court or the U.S. Trustee guidelines and the Committees' professionals shall not be required to file any fee application with this Court; and it is further

ORDERED, that this Order is effective immediately upon entry; and it is further

ORDERED, that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: April 22, 2008

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

{00792222;v2}

3